IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             CASE NO.:2:05cr20089

JOEL EDWARD SCOTT,        MOTION GRANTED

    Defendant.

*JON PHIPPS McCALLA*
*U.S. DISTRICT JUDGE*
*June 24, 2005*

### MOTION TO DETERMINE COMPETENCY OF DEFENDANT PURSUANT TO 18 U.S.C.§ 4241

**COMES NOW** the Defendant, Joel Edward Scott, by and through court appointed counsel of record, Eugene A. Laurenzi, Esq., and respectfully moves this Court for a hearing to determine the competency of the Defendant and in support would show the following:

1)  Counsel believes that there is reasonable cause to believe that the Defendant has been suffering and may be presently suffering from a mental disease or defect rendering him mental incompetent to stand trial to the extent that he is unable to understand the nature and consequence of the proceeding against him and to assist properly in his defense.

2)  Your Movant would further show that Mr. Scott was being treated at Tennessee State Western State Mental Institute in Boliver, Tennessee.

**WHEREFORE PREMISES CONSIDERED,** your Movant prays:

1)  That the Court order a psychiatric or psychological examination be conducted pursuant to 18 U.S.C. § 4241(b).

2)  When the examination has been completed that the Court set a hearing to

determine the Defendant's mental competency to stand trial.

Respectfully submitted,

GODWIN, MORRIS, LAURENZI & BLOOMFIELD, P.C.
50 N. Front, Suite 800
Morgan Keegan Tower
Memphis, Tennessee 38103
(901) 528-1702

By: _____
EUGENE A. LAURENZI #BPR 9528

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, U.S. Mail, postage prepaid, this 27 day of June, 2005.

Dan Newsom
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103

_____
Eugene A. Laurenzi

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20089 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT