IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 30 PM 3: 16
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | Criminal No. 05-20089-MI |
| JOEL EDWARD SCOTT, | * |
| Defendant. | * |

### ORDER GRANTING
### UNITED STATES' REQUEST FOR PRETRIAL PSYCHIATRIC
### EXAMINATION OF DEFENDANT PURSUANT TO TITLE 18,
### UNITED STATES CODE, SECTIONS 4241 AND 4242

This cause came on to be heard this date upon written motion of the United States, and upon the entire record in this cause; and

**IT SATISFACTORILY APPEARING TO THE COURT:**

1. On June 24, 2005, Defense Counsel orally informed the Court that he believed it would be necessary and proper to have a mental evaluation performed on his client, the Defendant. On said date, Defense Counsel filed a paper writing styled "Motion To Determine Competency Of Defendant Pursuant to 18 U.S.C. § 4241". In said Motion, Defense Counsel indicated "that there is reasonable cause to believe that the Defendant has been suffering and may be presently suffering from a mental disease or defect

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-30-05

26

rendering him mentally incompetent to stand trial to the extent that he is unable to understand the nature and consequences of the proceeding against him and to assist properly in his defense."

2. Based upon the information orally presented to the Court by Defense Counsel and the content of Defendant's above-referenced Motion, the United States, in order to properly respond to any allegation of lack of present competency or potential defense of insanity by the defendant, has moved the Court for an order requiring psychiatric and psychological examinations to be conducted, regarding this defendant.

3. The United States specifically moved for the Court to order examinations both under Section 4241 (present mental competency) and Section 4242 (mental condition (sane or insane) at time of commission of charged offense).

4. The United States further requested that the psychiatric examinations be conducted at the United States Medical Center for Federal Prisoners in Springfield, Missouri.

5. The above-referenced motion of the United States should be granted, for good cause shown;

**IT IS THEREFORE ORDERED:**

1. Pursuant to Title 18, United States Code, Sections 4241, 4242, and 4247, the defendant, JOEL EDWARD SCOTT, is remanded to the custody of Attorney General, to be transported forthwith to the United States Medical Center for Federal Prisoners in Springfield, Missouri, and to remain at said Medical Center for a period not to exceed forty-five (45) days.

2. During the abovesaid period of time, psychiatric and psychological examinations shall be conducted, regarding this defendant, and a report filed with the Court, pursuant to the provisions of Section 4247(b) and (c).

ENTER THIS __30__ DAY OF __June__, 2005.

_____
JON PHIPPS McCALLA
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20089 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT