**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

FILED BY _____ D.C.

05 AUG -3 PM 5:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

*Office of the Warden*

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

July 26, 2005

The Honorable Jon Phipps McCalla
United States District Court Judge
Davis Federal Building
167 North Main Street
Memphis, Tennessee 38103

RE:  Scott, Joel Edward
     Reg. No.: 20179-076
     Case No.: 05-20089-MI

**MOTION GRANTED**

AUG - 1 2005

[signature]
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Aug 3 2005
(DATE)

Dear Judge McCalla:

In accordance with your court order dated June 30, 2005, Mr. Scott has been committed to the Federal Detention Center, SeaTac, Washington, for a period of study to determine his mental competency and criminal responsibility.

In order for our staff to thoroughly evaluate Mr. Scott, we are requesting that the 45-day study commence with the arrival of the defendant on July 21, 2005. If you concur, the study period would therefore end on September 4, 2005, with the final report being submitted to you no later than September 19, 2005. If the Court has questions or comments regarding the evaluation please contact Patricia A. Hyatt, Ph.D., Forensic Unit Psychologist, at (206) 870-1016.

If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

[signature]

Robert J. Palmquist
Warden

cc: Daniel Newsom, AUSA
    Eugene Laurenzi, Defense Counsel

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-4-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20089 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT