IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 29 PM 5: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
VS ) CR. NO. 05-20089-Ml
)
JOEL EDWARD SCOTT )
)
Defendant(s) )

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Suppression Hearing and Report Date on Tuesday, November 29, 2005 at 2:30 P.M.

The Suppression Hearing was conducted and the Court continued the matter upon its own motion to Tuesday, December 20, 2005 at 9:00 a.m. for Report with a trial date of Tuesday, January 3, 2005.

The period from December 16, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the ends of justice outweigh the need for a speedy trial.

**IT IS SO ORDERED** this the __29__ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-30-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20089 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT